# UNITED STATES DISTRICT COURT
for the
Western District of Missouri

| | |
|---|---|
| United States of America<br>v.<br>**BRANDON D. MCDONALD**<br>DOB: 1985<br><br>*Defendant(s)* | )<br>)<br>) Case No. 16-mj-2021DPR<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __April 6, 2016,__ in the county of __Greene__ in the __Western__ District of __Missouri__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC § 922 (g)(1) | Possession of a firearm by a convicted felon. |

This criminal complaint is based on these facts:

See Affadavit of Eric Pinegar, Task Force Officer, Bureau of Alcohol, Tobacco & Firearms.

☑ Continued on the attached sheet.

*Complainant's signature*

Eric Pinegar, TFO ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 4/21/16

*Judge's signature*

City and state: Springfield, Missouri    David P. Rush, U.S. Magistrate Judge
*Printed name and title*

**ORIGINAL**